UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOULAYE ABDELKERIME HEDEYE, Petitioner, -against- WILLIAM JOYCE, et al., Respondents. | 26 Civ. 6064 (JHR) ORDER |

JENNIFER H. REARDEN, District Judge:

On July 17, 2026, Petitioner Moulaye Abdelkerime Hedeye filed this petition for a writ of *habeas corpus* under 28 U.S.C. § 2241. Petitioner is currently detained at the Metropolitan Detention Center ("MDC") in Brooklyn, New York. ECF No. 1 at 5, ¶ 3.[1]

In order to entertain a *habeas corpus* petition under 28 U.S.C. § 2241, a court must have jurisdiction over the custodian. *See Braden v. 30th Judicial Circuit Court of Kentucky*, 410 U.S. 484, 494-95 (1973) ("The writ of habeas corpus does not act upon the prisoner who seeks relief, but upon the person who holds him in what is alleged to be unlawful custody."). Accordingly, the jurisdiction of a *habeas* petition challenging a petitioner's physical confinement generally lies in the district of his confinement. *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) ("The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement.").

[1] Petitioner's whereabouts were also confirmed on the online ICE detainee locator, www.locator.ice.gov.

MDC is in the Eastern District of New York. 28 U.S.C. § 110. The Court therefore transfers this petition to the United States District Court for the Eastern District of New York. *See* 28 U.S.C. §§ 1404(a), 1406(a).

Because this petition seeks the immediate release of an individual in custody, the Court waives Local Civil Rule 83.1's seven-day waiting period. The Clerk of Court shall transfer this action upon the filing of this Order and close the case in the Southern District of New York.

SO ORDERED.

Dated: July 17, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge